UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| R. LEE STOLLAR, a married individual,<br><br>    Plaintiff,<br><br>    v.<br><br>PACIFICORP, an Oregon corporation, dba PACIFIC POWER & LIGHT COMPANY,<br><br>    Defendant. | NO.  CV-05-5096-RHW<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS COMPLAINT** |

Before the Court is Plaintiff's Notice of Dismissal (Ct. Rec. 2). Plaintiff requests voluntary dismissal of the above-captioned matter pursuant to Rule 41(a)(1) of the Federal Rules of Criminal Procedure. Plaintiff states that no answer, counterclaim, or motion for summary judgment has been filed by Defendant.

Accordingly, **IT IS HEREBY ORDERED**

1. Plaintiff's Notice of Dismissal (Ct. Rec. 2) is **GRANTED**.

2. The above-captioned case is **DISMISSED** without prejudice.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, forward copies to counsel, and **CLOSE THE FILE**.

**DATED** this 21st day of June, 2005.

                s/ ROBERT H. WHALEY
            Chief United States District Judge

Q:\CIVIL\2005\Stollar.dismiss.ord.wpd

ORDER GRANTING PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS COMPLAINT* 1